# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TROICE LESLIE STANTON | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  3:12-cr-00018-3<br>USM No. 21069-075<br><br>_____<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   **1, 2, 3, 5, 6, 7, 8 and 9**   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to partiicpate in mental health program as directed | 04/10/2019 |
| 2 | Failure to participate in drug treatment and testing | 02/12/2019 |
| 3 | Failure to report to the U.S. probation officer as directed by the court or probation officer | 12/17/2018 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)   **4 and 10**   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  **7056**

Defendant's Year of Birth:   **1982**

City and State of Defendant's Residence:
**Madison, Tennessee**

12/02/2020
Date of Imposition of Judgment

*Eli Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

December 4, 2020
Date

DEFENDANT: TROICE LESLIE STANTON
CASE NUMBER: 3:12-cr-00018-3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Failure to notify probation officer within 72 hours or being arrested or questioned by a law enforcement officer | 10/30/2020 |
| 6 | Failure to notify probation officer at least 10 days prior to change of residence or employment | 04/09/2019 |
| 7 | Failure to refrain from unlawful use of a controlled substance | 03/25/2019 |
| 8 | Failure to pay restitution as ordered by the Court | 12/02/2020 |
| 9 | Association with person convicted of a felony | 10/21/2020 |

DEFENDANT: TROICE LESLIE STANTON  
CASE NUMBER: 3:12-cr-00018-3

Judgment — Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

6 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:
  ☑ at  02:00  ☐ a.m.  ☑ p.m.  on  01/04/2021  .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on  _____  .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____
at  _____  with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL